# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CARPE DEUS INVESTMENTS, LLC | § | Case No. 17-10138 TMD |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

John Patrick Lowe, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 6,172,534.71 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  473,440.78 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  62,119.82 | |

3) Total gross receipts of $ 535,560.60  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 535,560.60  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 7,637,124.00 | $ 1,934,089.96 | $ 1,599,226.62 | $ 473,440.78 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 62,119.82 | 62,119.82 | 62,119.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,954,786.00 | 6,220,779.10 | 5,672,486.10 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 12,591,910.00 | $ 8,216,988.88 | $ 7,333,832.54 | $ 535,560.60 |

4)  This case was originally filed under chapter 7 on  02/06/2017 .  The case was pending for 29 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/19/2019                          By:/s/John Patrick Lowe, Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY - 1217 GREY FOX RUN, ST. CHARLES, MO | 1110-000 | 535,560.60 |
| **TOTAL GROSS RECEIPTS** | | **$ 535,560.60** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Greyson Oliver 3613 Laurel Ledge Ln Austin TX 78731 | | 499,402.00 | NA | NA | 0.00 |
| | Greyson Oliver 3613 Laurel Ledge Ln Austin TX 78731 | | 601,919.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Noble Capital Servicing LLC 8200 N. Mopac Expwy #320 Austin TX 78759 | | 1,321,466.00 | NA | NA | 0.00 |
| | Noble Capital Servicing LLC 8200 N. Mopac Expwy #320 Austin TX 78759 | | 492,802.00 | NA | NA | 0.00 |
| | Noble Capital Servicing LLC 8200 N. Mopac Expwy #320 Austin TX 78759 | | 1,065,374.00 | NA | NA | 0.00 |
| | Noble Capital Servicing LLC 8200 N. Mopac Expwy #320 Austin TX 78759 | | 479,171.00 | NA | NA | 0.00 |
| | Noble Capital Servicing LLC 8200 N. Mopac Expwy #320 Austin TX 78759 | | 669,557.00 | NA | NA | 0.00 |
| | Noble Capital Servicing LLC 8200 N. Mopac Expwy #320 Austin TX 78759 | | 647,905.00 | NA | NA | 0.00 |
| | RL Construction 6836 Bee Caves Road #282 Austin TX 78746 | | 79,354.00 | NA | NA | 0.00 |
| | RL Construction 6836 Bee Caves Road #282 Austin TX 78746 | | 29,397.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RL Construction 6836 Bee Caves Road #282 Austin TX 78746 | | 85,925.00 | NA | NA | 0.00 |
| | St Charles County Tax Office 201 N. Second St #134 St Charles MO 63301 | | 14,544.00 | NA | NA | 0.00 |
| | Tally Two Investment Group LLC c/o Brain Whitten 320 Duffy Ln Lakeway TX 78738 | | 726,436.00 | NA | NA | 0.00 |
| | Travis County Tax Collector PO Box 149328 Austin TX 78714-9328 | | 16,380.00 | NA | NA | 0.00 |
| | Travis County Tax Collector PO Box 149328 Austin TX 78714-9328 | | 16,727.00 | NA | NA | 0.00 |
| | Travis County Tax Collector PO Box 149328 Austin TX 78714-9328 | | 19,226.00 | NA | NA | 0.00 |
| | Travis County Tax Collector PO Box 149328 Austin TX 78714-9328 | | 13,425.00 | NA | NA | 0.00 |
| | Travis County Tax Collector PO Box 149328 Austin TX 78714-9328 | | 56,617.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Travis County Tax Collector PO Box 149328 Austin TX 78714-9328 | | 77,726.00 | NA | NA | 0.00 |
| | Trident Reaty Investments LLC 17100 Preston Rd #250 Dallas TX 75248 | | 447,764.00 | NA | NA | 0.00 |
| | Wellness and Beyond LLC 1902 Tawakoni Dr. Round Rock TX 78664 | | 276,007.00 | NA | NA | 0.00 |
| 00024 | GREYSON OLIVER | 4110-000 | NA | 1,113,615.00 | 1,113,615.00 | 0.00 |
| | LONGHORN III INVESTMENTS, LLC | 4110-000 | NA | 456,676.97 | 456,676.97 | 456,676.97 |
| | ST. CHARLES COUNTY TAX COLLECTOR | 4700-000 | NA | 16,763.81 | 16,763.81 | 16,763.81 |
| 0009-1 | TRAVIS COUNTY | 4700-000 | NA | 334,863.34 | 0.00 | 0.00 |
| 0009-2 | TRAVIS COUNTY | 4700-000 | NA | 12,170.84 | 12,170.84 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 7,637,124.00 | $ 1,934,089.96 | $ 1,599,226.62 | $ 473,440.78 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOHN PATRICK LOWE | 2100-000 | NA | 17,959.70 | 17,959.70 | 17,959.70 |
| TRUSTEE EXPENSES:JOHN PATRICK LOWE | 2200-000 | NA | 3,216.49 | 3,216.49 | 3,216.49 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 13.30 | 13.30 | 13.30 |
| AMERICAN HOME SHIELD | 2500-000 | NA | 625.00 | 625.00 | 625.00 |
| CITY AND VILLAGE TAX OFFICE | 2500-000 | NA | 1,896.00 | 1,896.00 | 1,896.00 |
| DUCKETT CREEK SANITARY DISTRICT | 2500-000 | NA | 45.11 | 45.11 | 45.11 |
| U.S. TITLE GUARANTY COMPANY | 2500-000 | NA | 5,449.00 | 5,449.00 | 5,449.00 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 497.68 | 497.68 | 497.68 |
| BBVA COMPASS BANK | 2990-000 | NA | 317.54 | 317.54 | 317.54 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):COLDWELL BANKER GUNDAKER | 3510-000 | NA | 32,100.00 | 32,100.00 | 32,100.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 62,119.82 | $ 62,119.82 | $ 62,119.82 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alegria Investments 1922 Tawakoni Drive Round Rock TX 78664 | | 250,000.00 | NA | NA | 0.00 |
| | American Water Missouri 906 W. High St Jefferson City MO 65109 | | 200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Armored Services LLC dba Window Gang Austin 12112 Roxie Dr #B  Austin TX 78729 | | 998.00 | NA | NA | 0.00 |
| | BBVA Compass Bank PO Box 10566 Birmingham AL 35296 | | 195.00 | NA | NA | 0.00 |
| | BBVA Compass Bank PO Box 10566 Birmingham AL 35296 | | 59.00 | NA | NA | 0.00 |
| | Breco Investments LLC Brian Hahn 11093 Pegasus Ave San Diego CA 92126 | | 50,000.00 | NA | NA | 0.00 |
| | CGW Holdings Inc. 83 Crow Ridge Rd Evergreen CO 80439 | | 18,000.00 | NA | NA | 0.00 |
| | COMPASS BANK PO BOX 11830 BIRMINGHAM, AL 35202 | | 17,277.00 | NA | NA | 0.00 |
| | Cibiolo Properties LLC 101 Kaylee Chase Cibilo TX 78108 | | 58,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Austin dba Austin Energy 721 Barton Springs Road Austin TX 78704 | | 7,500.00 | NA | NA | 0.00 |
| | Claire Carter 80 Indian Clover Dr. The Woodlands TX 77381 | | 50,000.00 | NA | NA | 0.00 |
| | Cryer Creek Investments LLC 9720 NW County Road 1350 Blooming Gove TX 76626 | | 1,281,195.00 | NA | NA | 0.00 |
| | Cuivre River Electric Co-op 1112 E. Cherry St Troy MO 63379 | | 250.00 | NA | NA | 0.00 |
| | Dan Cleary 2978 Fox Tail Ct Woodbridge VA 22192 | | 175,000.00 | NA | NA | 0.00 |
| | Dennis & Jeani Matsouka | | 0.00 | NA | NA | 0.00 |
| | Doris Terry 9401 Leaning Rock Circle Austin TX 78730 | | 23,300.00 | NA | NA | 0.00 |
| | Ducket Creek Sanitary District 2550 Highway K O'Fallon MO 63368 | | 250.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ERIK AND JENNIFER KRAUSE 645 SAN GABRIEL DRIVE CEDAR PARK, TX 78613 | | 110,000.00 | NA | NA | 0.00 |
| | Eight Hands Real Estate Investments LLC Attn: Jeff & Veronique Padalecki 1901 Robinhood Tr Austin TX 78703 | | 260,000.00 | NA | NA | 0.00 |
| | Flair Home Stagings & Displays LLC 14290 Manchester Road Ballwin MO 63011 | | 4,600.00 | NA | NA | 0.00 |
| | Frost Bank PO Box 1600 San Antonio TX 78296-1600 | | 2,500.00 | NA | NA | 0.00 |
| | Gavin and Leann Rosenberg 3606 Ganelon Dr Calabasas CA 91302 | | 420,000.00 | NA | NA | 0.00 |
| | Greg and Lyndy Ashford 9720 NW CR 1350 Blooming Grove TX 76626 | | 25,000.00 | NA | NA | 0.00 |
| | IDI Southwest, LLC 1438 Esters Road Irving TX 75061 | | 50,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IHS Property Solutions Attn: Dennis & Jeani Matsouka 305 Vineyard Town Center #104 Morgan Hill CA 95037 | | 126,000.00 | NA | NA | 0.00 |
| | JP Criado and Rocio Granados 3267 Bee Cave Rd #107-259 Austin TX 78746 | | 50,000.00 | NA | NA | 0.00 |
| | Janet and Rondalae Bland 1623 Central Ave, Suite 209 cheyenne WY 82001 | | 62,500.00 | NA | NA | 0.00 |
| | K&D Investments Unlimited LLC c/o Dale and Kenny Brooks 198 Incline Place Benecia CA 94501 | | 350,000.00 | NA | NA | 0.00 |
| | Kabbage Inc. PO Box 77081 Atlanta GA 30357-1087 | | 25,000.00 | NA | NA | 0.00 |
| | Laclede Gas Co Drawer 2 St Louis MO 53171 | | 50.00 | NA | NA | 0.00 |
| | Lois Whitley PO Box 2356 Palm Harbor FL 34682 | | 50,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Maureen Jury 5921 Lennox Hill Dr Plano TX 75093 | | 175,000.00 | NA | NA | 0.00 |
| | Mike Jury 5921 Lennox Hill Dr Plano TX 75093 | | 175,000.00 | NA | NA | 0.00 |
| | Monique Nabholz 5609 Courtyard Cove Austin TX 78731 | | 185,000.00 | NA | NA | 0.00 |
| | Nancy & Paul McCullough 401 Alpine Village Dr Monroeville PA 15146 | | 282,450.00 | NA | NA | 0.00 |
| | Pearl Beta Funding LLC dba Pearl MCA Servicing 40 Exchange Place, Suite 1306 New York NY 10005-2743 | | 49,500.00 | NA | NA | 0.00 |
| | Rory and Roberta Cabe 5933 Temerity Way Bulverde TX 78163 | | 245,000.00 | NA | NA | 0.00 |
| | Ryan Marroquin dba Austin Furniture Depot 7511 Burnet Road Austin TX 78757 | | 100,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sally Korff 1780 Old Squaw Pass Rd Evergreen CO 80439 | | 142,000.00 | NA | NA | 0.00 |
| | Select Properties-US, Inc. 9708 Avellino Ave, Unit 4108 Orlando FL 32816 | | 30,000.00 | NA | NA | 0.00 |
| | Spectrum/Time Warner Cable Company P.O. Box 85100 Austin TX 78759 | | 1,000.00 | NA | NA | 0.00 |
| | Tera Dallas Home by Design, Real Estate Design c/o Denver Dunlap Real Estate 2307 Lake Austin Blvd Austin TX 78703 | | 0.00 | NA | NA | 0.00 |
| | Texas Gas Service 1301 S. Mopac Expwy #400 Austin TX 78746 | | 262.00 | NA | NA | 0.00 |
| | USAA FEDERAL SAVINGS BANK 19750 MCDERMOTT FWY SAN ANTONIO, TX 78288 | | 25,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | USAA FEDERAL SAVINGS BANK 19750 MCDERMOTT FWY SAN ANTONIO, TX 78288 | | 25,000.00 | NA | NA | 0.00 |
| | Verizon Wireless Bankruptcy Department PO Box 3397 Bloomington IL 61702 | | 1,000.00 | NA | NA | 0.00 |
| | WINDOW GANG 30-0 BRUSHY CREEK RD. CEDAR PARK, TX 78613 | | 700.00 | NA | NA | 0.00 |
| | Wendell Burke 9687 S. Darrow Drive Tempe AZ 85284 | | 50,000.00 | NA | NA | 0.00 |
| 00029 | CG WYMAN HOLDINGS, LLC | 7100-000 | NA | 18,000.00 | 18,000.00 | 0.00 |
| 0003 | CGW HOLDINGS, LLC | 7100-000 | NA | 53,500.00 | 53,500.00 | 0.00 |
| 0004 | CGW HOLDINGS, LLC | 7100-000 | NA | 535,000.00 | 535,000.00 | 0.00 |
| 0001 | COMPASS BANK | 7100-000 | NA | 195.01 | 195.01 | 0.00 |
| 0007 | COMPASS BANK | 7100-000 | NA | 59.00 | 59.00 | 0.00 |
| 00025 | DANIEL J. CLEARY | 7100-000 | NA | 175,000.00 | 175,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 0008 | FLAIR HOME STAGINGS & DISPLAYS, LLC | 7100-000 | NA | 4,600.00 | 4,600.00 | 0.00 |
| 00028 | GARY AND CINDY WYMAN | 7100-000 | NA | 18,000.00 | 18,000.00 | 0.00 |
| 00014 | GAVIN ROSENBERG | 7100-000 | NA | 300,000.00 | 300,000.00 | 0.00 |
| 00030 | JEFF PADALECKI & | 7100-000 | NA | 250,000.00 | 250,000.00 | 0.00 |
| 00015 | LIANE ROSENBERG AND GAVIN ROSENBERG | 7100-000 | NA | 125,000.00 | 125,000.00 | 0.00 |
| 00019 | LOIS WHITLEY | 7100-000 | NA | 50,000.00 | 50,000.00 | 0.00 |
| 0005 | LYNDY & GREG ASHFORD | 7100-000 | NA | 1,281,195.00 | 1,281,195.00 | 0.00 |
| 00022-1 | MAUREEN A. JURY | 7100-000 | NA | 175,000.00 | 0.00 | 0.00 |
| 00022-2 | MAUREEN A. JURY | 7100-000 | NA | 175,000.00 | 175,000.00 | 0.00 |
| 00020 | MICHAEL JURY | 7100-000 | NA | 175,000.00 | 175,000.00 | 0.00 |
| 00011 | RL CONSTRUCTION AND HOME BUILDING, | 7100-000 | NA | 85,925.12 | 85,925.12 | 0.00 |
| 00012 | RL CONSTRUCTION AND HOME BUILDING, | 7100-000 | NA | 85,925.12 | 85,925.12 | 0.00 |
| 00013 | RL CONSTRUCTION AND HOME BUILDING, | 7100-000 | NA | 79,354.50 | 79,354.50 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 0002-1 | SALLY KORFF | 7100-000 | NA | 142,000.00 | 0.00 | 0.00 |
| 0002-2 | SALLY KORFF | 7100-000 | NA | 142,000.00 | 142,000.00 | 0.00 |
| 0006-1 | SELECT PROPERTIES-US, INC. | 7100-000 | NA | 56,293.00 | 0.00 | 0.00 |
| 0006-2 | SELECT PROPERTIES-US, INC. | 7100-000 | NA | 56,293.00 | 56,293.00 | 0.00 |
| 00026-1 | SPECIALIZED IRA SERVICES FBO DANIEL | 7100-000 | NA | 175,000.00 | 0.00 | 0.00 |
| 00026-2 | SPECIALIZED IRA SERVICES FBO DANIEL | 7100-000 | NA | 175,000.00 | 175,000.00 | 0.00 |
| 00016 | SPECIALIZED IRA SERVICES FBO GAVIN | 7100-000 | NA | 300,000.00 | 300,000.00 | 0.00 |
| 00017 | SPECIALIZED IRA SERVICES FBO IRA GA | 7100-000 | NA | 125,000.00 | 125,000.00 | 0.00 |
| 00018 | SPECIALIZED IRA SERVICES FBO IRA LI | 7100-000 | NA | 125,000.00 | 125,000.00 | 0.00 |
| 00023 | SPECIALIZED IRA SERVICES FBO IRA MA | 7100-000 | NA | 175,000.00 | 175,000.00 | 0.00 |
| 00021 | SPECIALIZED IRA SERVICES FBO IRA MI | 7100-000 | NA | 175,000.00 | 175,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00010 | TALLY TWO INVESTMENT GROUP, LLC | 7100-000 | NA | 737,439.35 | 737,439.35 | 0.00 |
| 00027 | WELLNESS AND BEYOND, LLC | 7100-000 | NA | 250,000.00 | 250,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 4,954,786.00 | $ 6,220,779.10 | $ 5,672,486.10 | $ 0.00 |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page:   1

Exhibit 8

| Case No: | 17-10138 | TMD | Judge: TONY M. DAVIS |
|---|---|---|---|

Case Name:   CARPE DEUS INVESTMENTS, LLC

For Period Ending:  06/19/19

Trustee Name:      John Patrick Lowe, Trustee
Date Filed (f) or Converted (c):   02/06/17 (f)
341(a) Meeting Date:    03/09/17
Claims Bar Date:    05/15/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT - COMPASS CHECKING 1586 | 0.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT - COMPASS CHECKING 4265 | 0.07 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT - COMPASS CHECKING 2013 | 34.64 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT - COMPASS CHECKING 9490 | 0.00 | 0.00 | | 0.00 | FA |
| 5. OFFICE EQUIPMENT    2 COMPUTERS AND 2 PRINTERS | 500.00 | 0.00 | | 0.00 | FA |
| 6. REAL PROPERTY - 1720 W. 10TH ST., AUSTIN, TX    1720 W. 10TH STREET, AUSTIN, TX 78703.  SINGLE FAMILY RESIDENCE.    LIENHOLDERS:  TRAVIS COUNTY TAX COLLECTOR $16,380.00; NOBLE CAPITAL SERVICING LLC $669,557.00; TALLY TWO INVESTMENT GROUP LLC $?. | 680,000.00 | 0.00 | | 0.00 | FA |
| 7. REAL PROPERTY - 5101 BEVERLY SKYLINE, AUSTIN, TX    5101 BEVERLY SKYLINE, AUSTIN, TX 78731.  SINGLE FAMILY RESIDENCE.    LIENHOLDERS:  TRAVIS COUNTY TAX COLLECTOR $16,727.00; NOBLE CAPITAL SERVICING LLC $647,905.00; TALLY TWO INVESTMENT GROUP LLC $? | 740,000.00 | 0.00 | | 0.00 | FA |
| 8. REAL PROPERTY - 614 WINFLO DR., AUSTIN, TX 78703    614 WINFLO DR., AUSTIN, TX 78703.  SINGLE FAMILY RESIDENCE.    LIENHOLDERS:  TRAVIS COUNTY TAX COLLECTOR $19,226.00; NOBLE CAPITAL SERVICING LLC $479,171.00; TALLY TWO INVESTMENT GROUP LLC $? | 700,000.00 | 0.00 | | 0.00 | FA |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    2

Exhibit 8

| Case No: | 17-10138    TMD    Judge: TONY M. DAVIS |
|---|---|
| Case Name: | CARPE DEUS INVESTMENTS, LLC |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Date Filed (f) or Converted (c): | 02/06/17 (f) |
| 341(a) Meeting Date: | 03/09/17 |
| Claims Bar Date: | 05/15/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. REAL PROPERTY - 1309 WILSON HEIGHTS, AUSTIN, TX 1309 WILSON HEIGHTS, AUSTIN, TX 78746.  SINGLE FAMILY RESIDENCE.  LIENHOLDERS:  TRAVIS COUNTY TAX COLLECTOR $13,425.00; RL CONSTRUCTION $79,354.00; NOBLE CAPITAL SERVICING LLC $492,802.00; TALLEY TWO INVESTMENT GROUP LLC $? | 525,000.00 | 0.00 | | 0.00 | FA |
| 10. REAL PROPERTY - 2702 MARIA ANNA RD, AUSTIN, TX 2702 MARIA ANNA RD., AUSTIN, TX 78703.  SINGLE FAMILY RESIDENCE.  LIENHOLDERS:  TRAVIS COUNTY TAX COLLECTOR $56,617.00; RL CONSTRUCTION $29,397.00; NOBLE CAPITAL SERVICING LLC $1,065,374.00; TALLEY TWO INVESTMENT GROUP LLC $? | 1,100,000.00 | 0.00 | | 0.00 | FA |
| 11. REAL PROPERTY - 2903 HILLVIEW DR., AUSTIN, TX 2903 HILLVIEW DR., AUSTIN, TX 78703.  SINGLE FAMILY RESIDENCE.  LIENHOLDERS:  TRAVIS COUNTY TAX COLLECTOR $77,726.00; RL CONSTRUCTION $85,925.00; WELLNESS AND BEYOND LLC $276,007.00; NOBLE CAPITAL SERVICING LLC $1,321,466.00; TALLY TWO INVESTMENT GROUP LLC $? | 1,777,000.00 | 0.00 | | 0.00 | FA |
| 12. REAL PROPERTY - 1100 TOYATH ST., AUSTIN, TX 78703 1100 TOYATH ST., AUSTIN, TX 78703.  SINGLE FAMILY RESIDENCE.  LIENHOLDERS:  GREYSON OLIVER $499,402.00; TALLY TWO INVESTMENT GROUP LLC $? | 500,000.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Exhibit 8

| Case No: | 17-10138    TMD    Judge: TONY M. DAVIS |
|---|---|
| Case Name: | CARPE DEUS INVESTMENTS, LLC |

| Trustee Name: | John Patrick Lowe, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 02/06/17 (f) |
| 341(a) Meeting Date: | 03/09/17 |
| Claims Bar Date: | 05/15/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. REAL PROPERTY - 1711 BELFORD DR., AUSTIN, TX 78757 | 150,000.00 | 0.00 | | 0.00 | FA |
| 1711 BELFORD DR., AUSTIN, TX 78757.  SINGLE FAMILY RESIDENCE. | | | | | |
| LIENHOLDER:  GREYSON OLIVER $601,919.00. | | | | | |
| 14. REAL PROPERTY - 1217 GREY FOX RUN, ST. CHARLES, MO | 535,000.00 | 0.00 | | 535,560.60 | FA |
| 1217 GREY FOX RUN, ST. CHARLES, MO 63304.  SINGLE FAMILY RESIDENCE. | | | | | |
| LIENHOLDERS:  ST. CHARLES COUNTY TAX OFFICE $14,544.00; TRIDENT REALTY INVESTMENTS LLC $447,764.00. | | | | | |
| MOTION TO SELL REAL PROPERTY IN ST. CHARLES COUNTY, MISSOURI TO ELIZABETH A. SWANK AND WILLIAM TROGDON FREE AND CLEAR OF LIENS FILED 03/24/17, DOCKET NO. 66. | | | | | |
| ORDER GRANTING TRUSTEE'S MOTION TO SELL REAL PROPERTY IN ST. CHARLES COUNTY, MISSOURI TO ELIZABETH A. SWANK AND WILLIAM TROGDON FREE AND CLEAR OF LIENS FILED 04/10/17, DOCKET NO. 101. | | | | | |
| REPORT OF SALE OF REAL PROPERTY IN ST. CHARLES COUNTY, MISSOURI FILED 05/12/17, DOCKET NO. 127. | | | | | |
| AMENDED REPORT OF SALE OF REAL PROPERTY IN ST. CHARLES COUNTY, MISSOURI FILED 12/01/17, DOCKET NO. 135. | | | | | |
| 15. OTHER-POTENTIAL CLAIMS AGAINST GREYSON OLIVER ETC | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| Case No: | 17-10138 TMD Judge: TONY M. DAVIS |
| Case Name: | CARPE DEUS INVESTMENTS, LLC |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Date Filed (f) or Converted (c): | 02/06/17 (f) |
| 341(a) Meeting Date: | 03/09/17 |
| Claims Bar Date: | 05/15/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| (u) POTENTIAL CLAIMS AGAINST GREYSON OLIVER, COREY WILLIAMS, FOREST COOK, JACK CUNNINGHAM, BERYL CROWLEY - FAILURE TO COMPLETE TRANSACTIONS FOR DEBTOR'S PURCHASE OF OLIVERY LIENS ON 1100 TOYATH ST., AUSTIN, TX AND TORTOUS INTERFERENCE OF BUSINESS RELATIONSHIP, CIVIL CONSPERIACY, BREACH OF CONTRACT, RICO, ETC. NATURE OF CLAIM: TORTIOUS INTERFERENCE/CIVIL CONSPIRACY. AMOUNT REQUESTED: $1,650,000.00. | | | | | |
| 16. OTHER-POTENTIAL CLAIMS AGAINST RL CONSTRUCTION ETC | 0.00 | 0.00 | | 0.00 | FA |
| (u) POTENTIAL CLAIMS AGAINST RL CONSTRUCTION, FREDDIE RIOS, NORA KILLINGER FOR BREACH OF CONTRACT, FRAUD, THEFT, CONVERSION, ETC. NATURE OF CLAIM: BREACH OF CONTRACT, FRAUD. AMOUNT REQUESTED $2,200,000.00. | | | | | |
| 17. OTHER-POTENTIAL CLAIMS AGAINST TERA DALLAS ETC (u) | 0.00 | 0.00 | | 0.00 | FA |
| POTENTIAL CLAIMS AGAINST TERA DALLAS, HOME BY DESIGN, REAL ESTATE & DESIGN, INC. FOR FRAUD, BREACH OF CONTRACT, NEGLIGENT MISREPRESENTATION, INTENTIONAL MISREPRESENTATION ETC. NATURE OF CLAIM: FRAUD, BREACH CONTRACT, ETD. AMOUNT REQUESTED: $350,000.00. | | | | | |
| 18. OTHER- POTENTIAL CLAIMS AGAINST NOBLE CAPITAL ETC (u) | 0.00 | 0.00 | | 0.00 | FA |
| POTENTIAL CLAIMS AGAINST NOBLE CAPITAL SERVICING LLC, STREALINE FUNDING LP AND JOHN DOES 1-50 FOR BREACH OF CONTRACT, FRAUD, DEFAMATION, CIVIL CONSPIRACY, RICO, ETC. NATURE OF CLAIM: BREACH | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5

Exhibit 8

| Case No: | 17-10138 TMD Judge: TONY M. DAVIS |
|---|---|
| Case Name: | CARPE DEUS INVESTMENTS, LLC |

| Trustee Name: | John Patrick Lowe, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 02/06/17 (f) |
| 341(a) Meeting Date: | 03/09/17 |
| Claims Bar Date: | 05/15/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| CONTRACT, FRAUD, DEFAMATION. AMOUNT REQUESTED: $5,000,000.00. | | | | | |
| 19. OTHER-POTENTIAL CLAIMS AGAINST PAUL TSUI ETC (u) | 0.00 | 0.00 | | 0.00 | FA |
| POTENTIAL CLAIMS AGAINST PAUL TSUI AND ALEGRIA INVESTMENTS FOR USURY. NATURE OF CLAIM: USURY. | | | | | |
| 20. OTHER-POTENTIAL CLAIMS AGAINST TALLEY TWO INVESTME (u) | 0.00 | 0.00 | | 0.00 | FA |
| POTENTIAL CLAIMS AGAINST TALLEY TWO INVESTMENT GROUP LLC AND BRIAN WHITTEN FOR USURY, TDTPA, FRAUD, ETC. NATURE OF CLAIM: USURY, TDTPA, FRAUD. AMOUNT REQUESTED: $500,000.00. | | | | | |
| 21. OTHER-POTENTIAL CLAIMS AGAINST MICHAEL MCQUAM FOR (u) | 0.00 | 0.00 | | 0.00 | FA |
| POTENTIAL CLAIMS AGAINST MICHAEL MCQUAM FOR BREACH OF CONTRACT. NATURE OF CLAIM: BREACH OF CONTRACT. AMOUNT REQUESTED: $170,000.00 | | | | | |
| 22. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $6,707,534.71 | $0.00 | | $535,560.60 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE'S REQUEST FOR COURT COSTS FILED 02/12/19, DOCKET NO. 138.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 17-10138    TMD    Judge: TONY M. DAVIS | | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: | CARPE DEUS INVESTMENTS, LLC | | Date Filed (f) or Converted (c): | 02/06/17 (f) |
| | | | 341(a) Meeting Date: | 03/09/17 |
| | | | Claims Bar Date: | 05/15/17 |

ASSET NO. 22 VOIDED.  U.S. TITLE - REFUND FOR OVER ESTIMATED RECORDING CHARGES PERTAINS TO ASSET NO. 14.

CASE STATUS:  THE MEETING OF CREDITORS HAS BEEN ADJOURNED SEVERAL TIMES AT THE REQUEST OF THE DEBTOR WILL EVIDENTLY BE CONCLUDED ON AUGUST 23, 2018.  07/24/18

AMENDED REPORT OF SALE OF REAL PROPERTY IN ST. CHARLES COUNTY, MISSOURI FILED 12/01/17, DOCKET NO. 135.

AGREED ORDER GRANTING MOTION TO COMPEL THE DEBTOR TO TURN OVER BANKING RECORDS TO THE CHAPTER 7 TRUSTEE AND TO APPEAR AT THE ADJOURNED MEETINGS OF CREDITORS FILED 06/14/17, DOCKET NO. 131.

REPORT OF SALE OF REAL PROPERTY IN ST. CHARLES COUNTY, MISSOURI FILED 05/12/17, DOCKET NO. 127.

ORDER GRANTING MOTION TO COMPEL THE DEBTOR TO TURN OVER CERTAIN ASSETS OF THE BANKRUPTCY ESTATE TO THE CHAPTER 7 TRUSTEE FILED 04/21/17, DOCKET NO. 113.

ORDER APPROVING EMPLOYMENT OF REAL ESTATE BROKER, THE SUSIE O. JOHNSON TEAM - COLDWELL BANKER GUNDAKER FILED 04/17/17, DOCKET NO. 109.

ORDER GRANTING TRUSTEE'S MOTION TO SELL REAL PROPERTY IN ST. CHARLES COUNTY, MISSOURI TO ELIZABETH A. SWANK AND WILLIAM TROGDON FREE AND CLEAR OF LIENS FILED 04/10/17, DOCKET NO. 101.

MOTION TO COMPEL THE DEBTOR TO TURN OVER CERTAIN ASSETS OF THE BANKRUPTCY ESTATE TO THE CHAPTER 7 TRUSTEE FILED 04/03/17, DOCKET NO. 82.

MOTION TO SELL REAL PROPERTY IN ST. CHARLES COUNTY, MISSOURI TO ELIZABETH A. SWANK AND WILLIAM TROGDON FREE AND CLEAR OF LIENS FILED 03/24/17, DOCKET NO. 66.

TRUSTEE'S STIPULATION FILED 03/23/17, DOCKET NO. 65.

TRUSTEE'S STIPULATION FILED 03/23/17, DOCKET NO. 64.

APPLICATION FOR APPROVAL OF EMPLOYMENT OF THE SUSIE O. JOHNSON TEAM - COLDWELL BANKER GUNDAKER AS REAL ESTATE BROKER FOR

FORM 1
of 30

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     7

Exhibit 8

Case No:         17-10138     TMD    Judge: TONY M. DAVIS

Case Name:     CARPE DEUS INVESTMENTS, LLC

Trustee Name:              John Patrick Lowe, Trustee

Date Filed (f) or Converted (c):   02/06/17 (f)

341(a) Meeting Date:        03/09/17

Claims Bar Date:             05/15/17

THE ESTATE FILED 03/17/17, DOCKET NO. 49.

TRUSTEE'S RESPONSE TO MOTION OF TRIDENT REALTY INVESTMENTS, LLC FOR RELIEF FROM AUTOMATIC STAY OF ACT AGAINST PROPERTY
WITH WAIVER OF 30-DAY HEARING REQUIREMENT [DOCKET NO. 29] (PROPERTY:  1217 GREY FOX FUN, SAINT CHARLES, MO 63304) FILED
03/15/17, DOCKET NO. 44.

Initial Projected Date of Final Report (TFR): 06/30/18        Current Projected Date of Final Report (TFR): 03/31/19

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 25)*

Ver: 22.01b

FORM 2

Page:   1

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-10138 -TMD |
|---|---|
| Case Name: | CARPE DEUS INVESTMENTS, LLC |
| Taxpayer ID No: | *******8068 |
| For Period Ending: | 06/19/19 |

| Trustee Name: | John Patrick Lowe, Trustee |
|---|---|
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0156  Checking Account |
| Blanket Bond (per case limit): | $ 77,534,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/17/19 | | Trsf In From FIRST NATIONAL BANK OF | INITIAL WIRE TRANSFER IN | 9999-000 | 21,176.19 | | 21,176.19 |
| 05/28/19 | 004001 | John Patrick Lowe | TRUSTEE'S COMPENSATION | 2100-000 | | 17,959.70 | 3,216.49 |
| | | J. Patrick Lowe, P.C. | PER ORDER DATED 05/20/19, DOCKET NO. 144 | | | | |
| | | 2402 East Main Street | | | | | |
| | | Uvalde, TX 78801 | | | | | |
| 05/28/19 | 004002 | John Patrick Lowe | TRUSTEE'S EXPENSES | 2200-000 | | 3,216.49 | 0.00 |
| | | J. Patrick Lowe, P.C. | PER ORDER DATED 05/20/19, DOCKET NO. 144 | | | | |
| | | 2402 East Main Street | | | | | |
| | | Uvalde, TX 78801 | | | | | |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 21,176.19 | 21,176.19 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 21,176.19 | 0.00 | |
| | | Subtotal | 0.00 | 21,176.19 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 21,176.19 | |

Page Subtotals            21,176.19              21,176.19

Ver: 22.01b

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 17-10138 -TMD |
| Case Name: | CARPE DEUS INVESTMENTS, LLC |
| | |
| Taxpayer ID No: | *******8068 |
| For Period Ending: | 06/19/19 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******4245  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 77,534,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/10/17 | | NRT SETTLEMENT SERVICES OF MISSOURI LLC DBA U.S. TITLE GUARANTY COMPANY | NET PROCEEDS FROM SALE FUNDS POSTED 05/09/17, SYSTEM DOES NOT ALLOW US TO BACKDATE.  VBH | | 26,977.71 | | 26,977.71 |
| | 14 | NRT SETTLEMENT SERVICES OF MISSOURI | Memo Amount:      535,533.60 GROSS PROCEEDS FROM SALE PER ORDER DATED 04/07/17, FILED 04/10/17, DOCKET NO. 101. | 1110-000 | | | |
| | | U.S. TITLE GUARNTY COMPANY | Memo Amount:    (    5,449.00 ) Costs Re Sale of Property (excludes BREAKDOWN:  CLOSING COSTS $5,000.00; SETTLEMENT CLOSING FEE $395.00; RECORDING - MOTION TO SELL $27.00; RECORDING - MOTION TO SELL $27.00. | 2500-000 | | | |
| | | ST. CHARLES COUNTY TAX COLLECTOR | Memo Amount:    (    2,219.69 ) COUNTY TAXES - 1/1/17 - 5/9/17 | 4700-000 | | | |
| | | ST. CHARLES COUNTY TAX COLLECTOR | Memo Amount:    (    2,828.73 ) 2015 REAL ESTATE TAXES | 4700-000 | | | |
| | | ST. CHARLES COUNTY TAX COLLECTOR | Memo Amount:    (    6,715.39 ) 2016 REAL ESTATE TAXES | 4700-000 | | | |
| | | COLDWELL BANKER GUNDAKER | Memo Amount:    (   32,100.00 ) BROKER'S COMMISSION BREAKDOWN:  LISTING COMMISSION $17,655.00; SELLING COMMISSION $14,445.00. | 3510-000 | | | |
| | | LONGHORN III INVESTMENTS, LLC | Memo Amount:    (  456,676.97 ) PAYOFF FIRST MORTGAGE | 4110-000 | | | |
| | | CITY AND VILLAGE TAX OFFICE | Memo Amount:    (    1,866.00 ) 2016 2017 ASSOC ASSESSMENT FEES 2016 & 2017 MASTER ASSOCIATION ASSESSMENT FEES | 2500-000 | | | |

| | | |
|---|---|---|
| Page Subtotals | 26,977.71 | 0.00 |

Ver: 22.01b

UST Form 101-7-TDR (10/1/2010) *(Page: 27)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 17-10138 -TMD |
|---|---|
| Case Name: | CARPE DEUS INVESTMENTS, LLC |

| Taxpayer ID No: | *******8068 |
|---|---|
| For Period Ending: | 06/19/19 |

| Trustee Name: | John Patrick Lowe, Trustee |
|---|---|
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******4245  Checking Account (Non-Interest Earn |

Blanket Bond (per case limit):  $ 77,534,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | AMERICAN HOME SHIELD | Memo Amount:        (        625.00 ) | 2500-000 | | | |
| | | | Costs Re Sale of Property (excludes | | | | |
| | | | HOME WARRANTY | | | | |
| | | DUCKETT CREEK SANITARY DISTRICT | Memo Amount:        (        45.11 ) | 2500-000 | | | |
| | | | Costs Re Sale of Property (excludes | | | | |
| | | | SEWER BILL | | | | |
| | | CITY AND VILLAGE TAX OFFICE | Memo Amount:        (        30.00 ) | 2500-000 | | | |
| | | | Costs Re Sale of Property (excludes | | | | |
| | | | TRUSTEE LETTER | | | | |
| 06/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 21.25 | 26,956.46 |
| 06/28/17 | 003001 | ST. CHARLES COUNTY COLLECTOR | AD VALOREM TAXES | 4700-000 | | 5,000.00 | 21,956.46 |
| | | | 1217 GREY FOX RUN, WELDON SPRING, MO | | | | |
| | | | 63304-0307; | | | | |
| | | | ACCT NO. A883003338 REAL PROPERTY | | | | |
| | | | THE TITLE COMPANY MISSED $5,000.00 IN AD | | | | |
| | | | VALOREM TAXES ON THE HOME THE | | | | |
| | | | TRUSTEE SOLD.  COPIES OF EMAILS KEPT IN | | | | |
| | | | BANK FILE FOR THIS DISTRIBUTION. | | | | |
| | | | CORRECT AMOUNT DUE IS $7,828.73, | | | | |
| | | | INCORRECT AMOUNT OF $2,828.73 SHOWN ON | | | | |
| | | | CLOSING STATEMENT. | | | | |
| | | | | | | | |
| | | | THIS CHECK MAILED TO: | | | | |
| | | | | | | | |
| | | | US TITLE | | | | |
| | | | 6229 MID RIVERS MALL DRIVE | | | | |
| | | | ST. CHARLES, MO 63304 | | | | |
| | | | ATTN:  CHRISTINE MILLER | | | | |
| 07/10/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 27.70 | 21,928.76 |
| 08/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 25.52 | 21,903.24 |

Page Subtotals                          0.00               5,074.47

Ver: 22.01b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 28)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 17-10138 -TMD | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: | CARPE DEUS INVESTMENTS, LLC | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******4245 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8068 | | |
| For Period Ending: | 06/19/19 | Blanket Bond (per case limit): | $ 77,534,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/22/17 | 003002 | BBVA COMPASS BANK AL-BI-SC-RCH P.O. BOX 10566 BIRMINGHAM, AL 35296 | SUBPOENA COST ESTIMATE CHECK MAILED TO: BBVA COMPASS BANK AL-BI-SC-RCH P.O. BOX 10566 BIRMINGHAM, AL 35296 ATTN: MICHELLE WALLACE | 2990-000 | | 317.54 | 21,585.70 |
| 09/08/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 23.26 | 21,562.44 |
| 10/02/17 | 003003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM - BOND #016071777 | 2300-000 | | 6.78 | 21,555.66 |
| 10/06/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.34 | 21,533.32 |
| 11/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.87 | 21,510.45 |
| 12/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.10 | 21,488.35 |
| 01/08/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.82 | 21,465.53 |
| 02/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.79 | 21,442.74 |
| 03/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 20.57 | 21,422.17 |
| 04/06/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.75 | 21,399.42 |
| 05/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 21.99 | 21,377.43 |
| 06/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.70 | 21,354.73 |
| 07/09/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 21.94 | 21,332.79 |
| 08/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.65 | 21,310.14 |
| 08/09/18 | 14 | U.S. TITLE | REFUND-RECORDING FEE OVERPAYMENT | 1110-000 | 27.00 | | 21,337.14 |
| 09/10/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.65 | 21,314.49 |
| 09/28/18 | 003004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM - BOND #016071777 TERM: 10/01/18 - 10/01/19 | 2300-000 | | 6.52 | 21,307.97 |
| 10/05/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 21.91 | 21,286.06 |
| 11/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.60 | 21,263.46 |
| 12/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 21.85 | 21,241.61 |
| 01/08/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.56 | 21,219.05 |
| | | | Page Subtotals | | 27.00 | 711.19 | |

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 17-10138 -TMD | |
| Case Name: | CARPE DEUS INVESTMENTS, LLC | |
| Taxpayer ID No: | *******8068 | |
| For Period Ending: | 06/19/19 | |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******4245 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 77,534,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.53 | 21,196.52 |
| 03/07/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 20.33 | 21,176.19 |
| 04/17/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 21,176.19 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 535,533.60 | COLUMN TOTALS | 27,004.71 | 27,004.71 | 0.00 |
| Memo Allocation Disbursements: | 508,555.89 | Less: Bank Transfers/CD's | 0.00 | 21,176.19 | |
| | | Subtotal | 27,004.71 | 5,828.52 | |
| Memo Allocation Net: | 26,977.71 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 27,004.71 | 5,828.52 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 535,533.60 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 508,555.89 | Checking Account - *******0156 | 0.00 | 21,176.19 | 0.00 |
| | | Checking Account (Non-Interest Earn - *******4245 | 27,004.71 | 5,828.52 | 0.00 |
| Total Memo Allocation Net: | 26,977.71 | | ---------------------- | ---------------------- | ---------------------- |
| | | | 27,004.71 | 27,004.71 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 21,219.05 |

Ver: 22.01b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 30)*